. ALLISON CLARK v. STATE.

No. A-450.   Opinion Filed March 21, 1911.

Appeal from Bryan County Court; Chas. A. Phillips, Judge.

Allison Clark was convicted of violating the prohibitory law, in the county court of Bryan county, and appeals. Affirmed.

Utterback & Hayes, for plaintiff in error.
Smith C. Matson Asst. Atty. Gen., for defendant in error.

PER CURIAM. From a careful examination of the record in this case we think the judgment of the court below should be affirmed, and it is so ordered.

---

PHIL BRYCE and WEBB HIGH v. STATE.

No. A-453.   Opinion Filed March 21 ,1911.

Appeal from Kiowa County Court; J. W. Mansell, Judge.

Phil Bryce and Webb High were convicted in the county court of Kiowa county on a charge of seiling intoxicating liquor, and appeal. Affirmed.

Thos. W. Conner, for plaintiffs in error.

PER CURIAM. On a careful examination of the record in this case we are of the opinion that the judgment of the court below should be affirmed and it is so ordered.